

FROM:

Josephine Antocci
P.O. Box 272
Wolfeboro Falls N.H. 03896

TO:

United States District Court
District of New Hampshire
Office of The Clerk
55 Pleasant St.
Room 110
Concord N.H. 03301

**Utility Mailer**
10 1/2" x 16"

Ready P