FILED - USDC -NH
2023 MAY 9 AM 10:22

8036

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPHIRE

Josephine Amatucci

v.

Greenhalghn                                    DOCKET 1:22-CV-00340

## MOTION FOR SUMMARY JUDGMENT

### JUDGMENT AS A MATTER OF LAW

1.    Please refer to the attached- Department of Safety- document
submitted to the Department by defendant Greenhalghn,  accusing the
Plaintiff of violating RSA 631:2-A, 1(B) ......"RECKLESSLY CAUSING BODILY
INJURY TO ANOTHER".  A Fraudulent statement.

2.    Where Greenhalghn knew from the Plaintiff's  submitted evidence to the
Court, in her Motion to Dismiss, of a statement made by  the alleged victim,  that
he had "NO INJURY",  and by a statement made by the Manager of the alleged
victim,  who was a witness to the event,   that occurred at the Town Dump, a
statement  made to the Court by the alleged victim's Manager,  at the TRIAL,
to the Court, that there was ......NO BODILY INJURY......to the alleged victim,
as he stated that the  alleged victim was never  standing in the doorway,  that
he was NOT  pushed down the stairs,  and that there was NO INJURY to the alleged
victim.  Contrary to the alleged victim's  version of events, when the alleged

1

victim stated that he was standing in the doorway when the Plaintiff pushed him aside and he fell down two steps,  although  the alleged victim ADMITTED THERE WAS .........NO INJURY.

3.      And with all this evidence before Greenhalghn, when Greenhalghn falsely accused  the Plaintiff of committing an Assault to the Department of Safety, Greenhalghn was in fact violating the Plaintiff's  Civil Rights,  where she is allowed a jury trial of her peers for damages under 1983,   for an unlawful detention when she had to endure a trial,  for the violation of her Liberty rights,  and a violation of Due Process, when Greenhalghn had NO PROBABLE CAUSE to accuse her of committing an ASSAULT, that it is an Established Right,  and that Greenhalghn was acting under Color of Law. A violation of her civil rights and for serious pain and suffering,  for character assassination, to a  very elderly person.

4.      All determination's of  viable Civil Rights violation's which allows damages under 1983.  in an EXPEDITIOUS MANNER,  as this case has been lingering in the court long enough.


Respectfully,

 Josephine Amatucci

May 5, 2023

*Josephine Amatucci*


2

FROM: JOSEPHINE AMATUCCI
P.O. Box 272
Wolfeboro Falls N.H. 03896



MANCHESTER NH 030

8 MAY 2023   PM 1   L

United States District Court
District of New Hampshire
Office of The Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135