(30) days from the date of issuance. DATE OF ISSUANCE _____

TO AVOID ANY ADDITIONAL ADMINISTRATIVE FEES OR REINSTATEMENT FEES SEE REVERSE SIDE FOR INSTRUCTIONS AND PENALTY INFORMATION.

## DEPARTMENT OF SAFETY
## FINANCIAL RESPONSIBILITY SECTION - PBM
PO BOX 3838, CONCORD NH 03305
603-227-4010
http://www.nh.gov/payticket

You must come to the court indicated listed at **8:00** o'clock AM/~~PM~~ on **JANUARY 9,** yr **2019** to answer this complaint.

DISTRICT COURT: **3rd Circuit District Division Ossipee**
STREET: **96 Water Village Rd #2**
TOWN/CITY: **Ossipee**  STATE: **NH**  ZIP CODE: **03864**

### THE UNDERSIGNED COMPLAINS THAT THE DEFENDANT: (Please Print)

LAST NAME: **AMATUCCI**  FIRST NAME: **JOSEPHINE**  MIDDLE INITIAL:
ADDRESS: **350 Gov. Wentworth Hwy**  CITY: **Wolfeboro**  STATE: **NH**  ZIP CODE: **03894**
DOB: MO **9** DAY **27** YR **38**  OP LICENSE #: **09AIJ38271**  STATE: **NH**  CLASS: **OPR**
SEX: **F**  RACE: **W**  HEIGHT: **508**  WEIGHT: **187**  COLOR EYES: **BRO**  COLOR HAIR: **BLK**
LICENSE PRESENTED: ☐ YES ☒ NO

ON THE **6th** DAY OF **August** YR **2018** AT **2:00** AM/**PM**
DID OPERATE M.V. REGISTRATION # _____ PLATE TYPE _____ STATE _____
MAKE _____ YR _____ TYPE _____
☐ COMMERCIAL VEHICLE  ☐ HAZMAT  ☐ 16+ PASSENGER
AT/LOCATION: **Wolfeboro**  GPS _____
Upon a certain public highway, to wit - **400 Beach Pond Rd**

☐ at a speed greater than was reasonable and prudent under the conditions prevailing, to wit, at a rate of _____ m.p.h., the prima facia lawful speed at the time and place of violation being _____ m.p.h. Contrary to RSA 265:60  ☐ Radar  ☐ Aircraft  ☐ Clocked  ☐ Laser

☐ traveling at a rate of _____ m.p.h., the same being in excess of the maximum lawful speed limit of 65 m.p.h.

☐ did fail and neglect to stop the said vehicle for a certain:
  ☐ stop sign (contrary to RSA 265:31)
  ☐ traffic light (contrary to RSA 265:9) before entering intersection of: _____

☐ did fail and neglect to have the said vehicle inspected in accordance with the regulations of the Director of Motor Vehicles. Contrary to RSA 266:5.
☐ did fail and neglect to have said vehicle registered in accordance with law. Contrary to RSA 261:40.
☒ other: **SIMPLE ASSAULT**   **MUST BE AN INJURY**
Contrary to RSA **631:2-A, 1(B)** Against the peace and dignity of the State.

*Perjury* (handwritten annotation in red)

# TITLE LXII
# CRIMINAL CODE

## CHAPTER 631
## ASSAULT AND RELATED OFFENSES

### Section 631:2-a

**631:2-a Simple Assault. –**
I. A person is guilty of simple assault if he:
(a) Purposely or knowingly causes bodily injury or unprivileged physical contact to another; or
(b) Recklessly causes bodily injury to another; or
(c) Negligently causes bodily injury to another by means of a deadly weapon.
II. Simple assault is a misdemeanor unless committed in a fight entered into by mutual consent, in which case it is a violation.

**Source.** 1979, 126:3, eff. Aug. 4, 1979.