FILED - USDC -NH
2023 MAY 12 AM 10:37 [crossed out]

8046

FILED - USDC -NH
2023 MAY 24 AM 10:37

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Greenhalghn, INDIVIDUALLY

1:22-CV-00340

Docket 1:22-cv-00238 [crossed out]

MOTION FOR A SPEEDY TRIAL

FOR JUDGMENT AS A MATTER OF LAW

MOTION FOR SUMMARY JUDGMENT

1. First of all the Plaintiff never agreed to have the Magistrate rule on this case, except her right to a Report and Recommendation.

2. Second of all defendant Greenhalghn never filed a response to this lawsuit, denying the Plaintiff's facts in this case, therefore the lawsuit cannot be disputed and the case is MANDATED TO move forward to a jury trial of her peers for damages as allowed under 1983.

3. Third of all the Plaintiff has the recording of the trial where she can prove EVERY SINGLE ONE OF HER STATEMENTS, and that Greenhalghn denied to rule on her exculpatory evidence, in her Motion to Dismiss, stating proof to him that there was NO INJURY, and that the Complaint accusing her of an Assault with Bodily Injury was a violation of her civil rights, and this is about Greenhalgh's unlawful Acts during the

1

trial when the Plaintiff had a right to confront Robert Maloney, and the right to ask him if he suffered any injury from the Plaintiff, when Greenhalghn SCREEMED "DON'T ANSWER THAT" to Maloney, this evidence can be heard from the recording of the trial that the Plaintiff can produce to the Court.

4.      And to make matters worse Greenhalghn still convicted the Plaintiff even though at the trial the Supervisor of Maloney, a witness to the event that occurred at the Dump, testified that contrary to what the Maloney stated, His Supervisor made it clear to Greenhalghn that Maloney was not standing in the doorway when the Plaintiff approached the office of the town Dump, she did not push him aside and he did not fall down the stairs and have an injury. All this exculpoatory evidence was before Greenhalghn yet in a Conspiracy with the defendants, Greenhalghn convicted the Plaintiff of causing Bodily Injury to Maloney.

5.      Therefore, it is without any doubt, as the evience is in the trial recording, that verifies the Plaintiff's facts, that Greenhalghn is guilty of violating the Plaintiff's Federal Civil rights and that he violated his OATH OF OFFICE.

6.      That this Court is MANDATED, MANDATED, MANDATED to put the Plaintiff befoe a jury of her peers for damages as allowed under 1983 for the violaltion of her civil rights. WITHOUT FURTHER DELAY, due to her age OF 84 YEARS OLD, where under the Sixth Amendment a SPEEDY TRIAL IS ALLOWED.

Respectfully,

Josephine Amatucci

May 11. 2023

*The Plaintiff has a copy of recording of the trial - if the court wants to review it. That is if Greenhalghn DARES to deny these facts*

C. Greenhalghn

Josephine Amatucci

2

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court  Telephone: 603-225-1423
Tracy Uhrin, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

May 12, 2023

Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, NH    03896

Re: Motions received May 12, 2023

Dear Ms. Amatucci,

*[Handwritten: Please See Correct Dockets - on Filings & Docket Them]*

The court received the enclosed motions for filing in case numbers 22-cv-237 and 22-cv-238. You are not a party in either of these cases, therefore the motions are being returned.

Sincerely,

BMFantasia

Brandy Fantasia
Deputy Clerk

*[Handwritten: 369, 382, 53]*

/bmf
enclosures

FROM: Josephine Amatucci
P.O. Box 242
Wolfeboro Falls, N.H. 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Concord, N.H. 03301

03301-394135