5871

FILED - USDC -NH
2023 JUN 23 AM 10:47

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HANPSHIRE

Josephine Anatucci                                   JURY TRIAL DEMANDED

v.

Greenhalghn, INDIVIDUALLY                  DOCKET  1:22-CV-00340-LM

MOTION FOR SUMMARY JUDGMENT

JUDGMENT AS A MATTER OF LAW

EVIDENCE SPEAKS

1. With the evidence in the files and beyond any reasonable doubt of Fraud on/upon the Court, this case is mandated under the LAW to go before a jury for damages as allowed under 1983. That any opinion or ruling of the Court DOES NOT OVERRIDE ....the Plaintiff's FEDERAL CONSTITUTIONAL RIGHTS TO DAMAGES UNDER 1983. That the evidence before the Court will show that the alleged victim Robert Maloney stated clearly that he had NO INJURY, yet defendent Greenhalghn found her GUILTY of causing an Assault with Bodily Injury.

2. That no State ruling, no dispute opinion of the Court can override this evidence, that there was NO ASSAULTY, NO INJURY, yet Greenhalgh CONVICTED the Plaintiff of causing an Assault with Bodily Injury.

1

3. The Plaintiff is therefore demanding a STATUS HEARING, for a speedy ruling on MOTION FOR SUMMARY JUDGMENT, against the rulings of Greenhalghn, where his rulings are void of no legal force, when he lost jurisdiction when he violated the Plaintiff's Civil Rights when he did not dismiss the case based on the evidence that there was NO ASSAULT WITH BODILY INJURY, but instead continued on with the trial detaining her LIBERTY RIGHTS, in violation of Due Process, when he FRAUDULENTLY found the Plaintiff GUILTY of committing an Assault with Bodily Injury, when evidence before him, proved there was no bodily injury, as addressed in her Motion to Dismiss, which she filed immediately after the defendants filed a Complaint accusing her of committing an Assault with Bodily Injury, and Greenhalgn refused to rule on her Motion to Dismiss, and in doing so he lost jurisdiction to hear the case, and his rulings are all VOID OF NO LEGAL FORCE.

4. Where there was NO PROBABLE CAUSE, TO MALICIOUSLY PROSECUTE the Plaintiff for an ASSAULT WITH BODILY INJURY.

5. That with the evidence before the Court, the statement of the alledged victim Robert Maloney, stating there was NO INJURY, Grrenhalghn lost jurisdiction when he ignored this evidence and prosecuted the Plaintiff for causing bodily injury.

6. That there is no dispute that this was an UNLAWFUL malicious prosecution, and that if the Court denies this Complaint against Greenhalghn as an individual the Court is warring against the Constitution.

7. That instead of drowning this case in irrelevant issues, a STATUS HEARING is necessaary to get this case INSTANTLY before a jury of her peers for damages under 1983 which is allowed.

8. As a jury trial is MANDATED UNDER THE LAW, for damages, and for one million

dollars, due to the extreme pain and suffering of an elderly person, due to the egregious conduct of Greenhalgn when he CONVICTED the Plaintiff for a crime he knew she never committed and when he violated her Sixth Amendment rights to a speedy decision, under the Sixth Amendment, for the elderly, by ignoring her Motion to Dismiss, for an unlawful malicious prosecution, under RAUD ON/UPON THE COURT.

9. The Plaintiff is therefore requesting a STATUS HEARING regarding these issues, ........OR......that this Complaint goes immediately before a jury of her peers for damages. UNDER 1983.

Respectfully,

Josephine Amatucci

~~April 10, 2023~~  6/19/23

c. Greenhalghn

*Josephine Amatucci*

3

FROM: Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896

MANCHESTER NH 030
22 JUN 2023 PM 1 L

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135