**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

 Daniel J. Lynch, Clerk of Court                                            Telephone: 603-225-1423
 Tracy A. Uhrin, Chief Deputy Clerk                                    Web: www.nhd.uscourts.gov

August 11, 2023

Ms. Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, NH   03896

Re:   Status Report on Pending Cases

Dear Ms. Amatucci:

 I am writing in response to your letter received by the court on August 9, 2023, in which you request a status update in the following cases:

Amatucci v. Young, et al., 18-cv-1227-SM: There are presently eight (8) motions pending before the court for decision.

Amatucci v. Rae, et al., 22-cv-202-SM: This matter is pending before a magistrate judge for preliminary review pursuant to Local Rule 4.3(d)(2).

Amatucci v. Town of Wolfboro, et al., 22-cv-319-JL: This matter is pending before a magistrate judge for preliminary review pursuant to Local Rule 4.3(d)(2).

Amatucci v. O'Connor, et al., 22-cv-339-JL: This matter is pending before a magistrate judge for preliminary review pursuant to Local Rule 4.3(d)(2).

Amatucci v. Greenhalghn, 22-cv-340-LM: On August 8, 2023, Magistrate Judge Johnstone issued a report and recommendation that recommended dismissal of the case.

Amatucci v. Mullen, et al., 22-cv-547-LM: On August 8, 2023, Magistrate Judge Johnstone issued a report and recommendation that recommended dismissal of the case.

 Thus, these cases remain open at this time and all of the above-listed matters that are pending resolution are presently before a judge and under consideration. Unfortunately, I cannot predict when those matters will be ruled upon.

I hope this is responsive to your inquiry.

                                              Sincerely,

                                              /s/ Daniel J. Lynch

                                              Daniel J. Lynch
                                              Clerk of Court