UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

   v.                                                Case No. 22-cv-340 LM

Charles Greenhalghn

## ORDER

After due consideration of the objection filed (doc. no. 10), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 8, 2023 (doc. no. 7). For the reasons explained therein, this case is dismissed in its entirety.

The clerk is directed to enter judgment and close this case.

_____
Landya B. McCafferty
Chief Judge

Date: August 17, 2023

cc:   Josephine Amatucci, pro se