UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.

                                    Case No. 22-cv-340-LM

Charles Greenhalghn

JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated August 17, 2023, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated August 8, 2023, judgment is hereby entered.

                                                  By the Court:

                                                  _____
                                                  Daniel J. Lynch
                                                  Clerk of Court

Date: August 17, 2023

cc: Josephine Amatucci, pro se