CONSTITUTIONL CASE LAW

13.	BENNETT V. BUGGS.."Statutes that violate the plain and obvious principles of common right and common reason are null and void. There is no lawful method of government to put restrictions or limitations on rights belonging to the people . The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of PRACTICE.

DAVIS V. WECHSLER -"Where the rights secured by the Constituion are involved there can be NO RULE making or legislation which would abrogate them."

Miranda v. Arizona-"The claimand exercise of a constitutional right cannot be converted into a crimel"

Miller v. United States-"There can be no sanction or penalty imposed upn one beause of their exercise of a constitutional right.

Sherer v. Cullen-"There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights".

Simmons v. United States..."The claim and exercise of a Constitutional right cannot be converted into a crime."   A denial of them would be a denial of DUE PROCES  of the law."

Cooper v. Aaron,  358 U.s. 1, 78 S. ct. 1401 (1958).."Any judge who does not comply with his OATH TO THE CONSTITUTION of the UNITED STATES WARS AGAINST THE CONSTITUTION and engages in acts of treason. The U.S. Supreme Court has state that "no state legislator or executive or  JUDICIAL OFFICER can war against the Constitution without violating his undertaking to support it. "   See  U.s. v. Will, 449 U.s. 200, 216, 101 S. Ct. 471, 66 1.Ed.2d 392, 406 (1980).  Cohens v. Virginia.