8200

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Greenhalghn, INDIDVIDUALLY                    Docket 1:22-cv-00340-LM

MOTION FOR SUMMARY JUDGMENT

NO DISPUTE WITH THE EVIDENCE

A DUE PROCESS VIOLATION

1. Attached please find evidence of Plaintiff's claim of violation of Due] Process by defendant Greenhalgh, as verified by the SUPREME COURT OF LOUISIANA. In the case of Aucoin, 767 No.2d 30. SUPREME COURT, where the Court stated :

"Affording due process to persons accused of a crime is one of the most basic and important duties of a judge and failure to do so is EGREGIOUS LEGAL CONDUCT. Of willful misconduct."

2. There is NO DISPUTE that Greenhalgh denied the Plaintiff her Civil Rights by refusing /DENYING HER CONSTITUTIONAL RIGHT ordering him to rule on her Motion to Dismiss, and to dismiss the case.

3. That if this judge refuses and continues to stall allowing the Plaintiff her Federal Civil Rights, he will be guilty of FELONY THEFT, EMBELZLEMENT,

1

VIOLATION OF CODE OF ETHICS..

4.      Therefore, where it is undisputable that Greenhalgh violated the Plaintiff's FEDERAL CIVIL RIGHTS, of an unlawful seizure of her liberty rights, and of a violation of Due Process, by not dismissing the case, this judge, the court, has the duty under the code of ethics also, to WITHOUT DELAY, put this case before a jury of her peers for damages as allowed under 1983, where there was NO PROBABLE CAUSE for Greenhalgh to continue with a trial when he had the duty to dismiss the Complaint filed by the Belnap Sheriff's Dept. when Greenhalgh had evidence in the Plaintiff's Motion to Dismiss that there was NO INJURY, and where therefore, the Complaint was a MALICIOUS PROSECUTION without probable cause.

Respectfully,

Josephine Amatucci

September, 9, 2023

*Josephine Amatucci*

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896-0272

MANCHESTER NH 030
13 SEP 2023 19 1 L

United States District Court
District of New Hampshire
Office of The Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135