FILED - USDC -NH
2023 OCT 10 AM 11:04

8229

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Greenhalghn                      Case No. 1:22-cv-00340-LM

RESPONSE TO COURTS ORDER

DATED 9/27/2023

1.    Relief by this Court is not requested, as the merits in this Summary Judgment those of a violation of the Federal Constiution, of the Plaintiff's Civil Rights under the Fourth and Fourteenth Amendments were never ruled on, or adjudicated, or reviewd by the Court. Therefore NO RELIEF IS REQUESTED under Fed. R. Civ. P. 60 and/or any other provisions of STATE LAW.

2.    That the Plaintiff's Summary Judgment ......."WARRANTS RELIEF FROM THIS COURT .....for the ........"VIOLATION OF THE FEDERAL CONSTITUTION" for the ..."VIOLATION OF HER CIVIL RIGHTS, OF THE LAW OF THE LAND. In violation of the Fourth, Fourteenth Amendments.

3.    Where the Plaintiff's ....Motion to Dismiss....warranted that Greenhalghn dismiss the malicious prosecution Complaint by the Belnap Sheriff's Dept. and when he refused to dismiss the case in violation of Due Process, he lost jurisdiction, violated th e Plaiintiffs CIVIL RIGHTS, her FEDERAL CONSTITUTIONAL RIGHTS, NOT UNDER RULE 60, but under the Fourth and Fourteenth Amendment in denial of Due Process. Of a

1

violation of the Fourth Amendment in of her LIBERTY RIGHTS, when she had to appear for court proceedings, instead of dismissing the case. When the Plaintiff proved to Greenhalgn in her Motion to Dismiss that the alleged victim himself stated that he had ................................NO INJURY............................................................, therefore the Malicious Prosecution Complaint filed by the Belnap Sheriff's Dept. was without probable cause, as they were maliciously prosecuting her for a crime the Plaintiff proved to Greenhalgh in her Motion to Dismss that the Plaintif never caused bodily injury for what she was being prosecuted for.

4.  Remember, No OPINION, NO DISCRETION of a judge can override the Federal Constitutional laws, the LAWS OF THE LAND. No State law can override a Federal Constitutional Law.

WHEREFORE: This judge is MANDATED to put this case before a jury of her peers, for damages as allowed under 1983, when there was NO PROBABLE CAUSE, to accuse the Plaintiff of causing and Assault with Bodily Injury. Where the Sixth amendment mandates a speedy trial for the elderly.

Respectfully,

Josephine Amatucci

October 6, 2023

*Josephine Amatucci*

2

FROM: Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896



MANCHESTER NH 030
6 OCT 2023 PM 1 L

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135