**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court
Tracy A. Uhrin, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

January 19, 2024

Ms. Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, NH   03896

Re:   Status Report on Pending Cases

Dear Ms. Amatucci:

I am writing in response to your letter received by the court on January 4, 2024, in which you ask for an update on the cases listed in a status report I provided by letter dated August 11, 2023:

Amatucci v. Young, et al., 18-cv-1227-SM: There are two motions to dismiss and a motion for summary judgment pending before the court. Assuming the matter isn't dismissed or summary judgment in full granted in favor of a party, jury selection is set for July 23, 2024.

Amatucci v. Rae, et al., 22-cv-202-SM: This matter remains pending before a magistrate judge for preliminary review pursuant to Local Rule 4.3(d)(2).

Amatucci v. Town of Wolfboro, et al., 22-cv-319-JL: This case has been dismissed and judgment entered on August 24, 2023. By order dated November 27, 2023, the judge ordered that the plaintiff may not file any further document(s) in this case and directed the Clerk's Office to not docket any future filings and to return them to the filer.

Amatucci v. O'Connor, et al., 22-cv-339-JL: This case has been dismissed and judgment entered on September 7, 2023. By order dated October 3, 2023, the judge ordered that the plaintiff may not file any further document(s) in this case and directed the Clerk's Office to not docket any future filings and to return them to the filer.

Amatucci v. Greenhalghn, 22-cv-340-LM: This case has been dismissed and judgment entered on August 17, 2023.

Amatucci v. Mullen, et al., 22-cv-547-LM: This case has been dismissed and judgment entered on August 24, 2023.

I hope this is responsive to your inquiry.

                                         Sincerely,

                                         Daniel J. Lynch
                                         Clerk of Court